Martha G. Woolworth, Respondent, v. Herbert G. Woolworth, Appellant.

*Contempt of court — defendant purged of contempt upon conditions.*

Motion to dismiss appeal.

PER CURIAM: The motion to dismiss the appeal will be denied upon condition that the appellant shall purge himself of contempt by paying all of the moneys required under the order of the Special Term made and entered the 30th day of July, 1906, as modified by this court, and ten dollars costs of this motion, and within five days after entry and service of the order made hereon obtain the signature of the trial justice ordering the case to be settled and filed. Upon failure to comply with these conditions, motion to dismiss granted, with ten dollars costs. Present — O'Brien, P. J., Ingraham, Laughlin, Clarke and Scott, JJ. Motion denied on conditions stated in memorandum per curiam.

Charles Kelly v. Charles Formosa. — Leave to withdraw motion granted, without costs.

Telephonine Company v. John F. Douthitt. — Motion denied, with ten dollars costs. Order filed.

Peter Diamond v. American Surety Company. — Motion granted, with ten dollars costs. Order filed.

Edward W. Brenen v. Mark W. Brenen and Others. — Motion granted, with ten dollars costs. Order filed.

Athenaise D. Ellwood v. Charles Millang and Another. — Motion denied upon conditions stated in order. Order filed.

John Z. Rogers v. Robert H. Ingersoll. — Motion granted, with ten dollars costs. Order filed.

Edwin W. Knickerbocker v. Groton Bridge Company. — Motion granted, with ten dollars costs. Order filed.

Henry B. Hall v. Ida Karp. — Motion denied upon conditions stated in order. Order filed.

William R. Bohmert and John H. Murphy, Plaintiffs, v. Tower Manufacturing and Novelty Company, Defendant. — Motion denied, without costs. Order filed.

Leo Schlesinger v. J. Frank Kelly. — Motion denied, with ten dollars costs. Order filed.

Oliver H. Arkenburgh v. Robert H. Arkenburgh. — Motion for leave to go to Court of Appeals granted; questions to be certified on settlement of order. Settle order on notice.

In the Matter of E. C. Bell Manufacturing Company. — Motion denied, with ten dollars costs. Order filed.

Nellie Duke v. Inglis Stuart and Others. — Motion granted. Settle order on notice.

Max Kliger v. Samuel Rosenfeld and Others. — Motion denied on payment of ten dollars costs. Order filed.

Raymond L. Herbert v. Fernando E. de Murias and Others. — Motion denied on payment of ten dollars costs.

Raymond L. Herbert v. Fernando E. de Murias and Others. — Motion denied on payment of ten dollars costs.

William Ford Upson, as Trustee in Bankruptcy of the Property of James F. Welch, Respondent, v. The Mount Morris Bank, Appellant. — Judgment and order affirmed, with costs. No opinion.

Francesca Tamburro, as Administratrix, etc., of Frank P. Tamburro, Deceased, Appellant, v. Eagle Trucking Company, Respondent. — Judgment and order affirmed, with costs. No opinion. Laughlin, J., dissenting.

Peter Alexander, as Trustee in Bankruptcy of William R. Smith, Doing Business as Worthington, Smith & Co., Appellant, v. The New Amsterdam National Bank of New York, Respondent. — Judgment affirmed, with costs. No opinion.

Grace Reals, Respondent, v. Frederick C. Whitney, Appellant. — Judgment and order affirmed, with costs. No opinion.

Florence May Mattison, as Administratrix, etc., of John A. Dake, Deceased, Respondent, v. Frank Crawford, Appellant. — Judgment and order affirmed, with costs. No opinion.

Louisa Johnson, Respondent, v. Nicholas F. Brady, Appellant. — Judgment and order affirmed, with costs. No opinion.